RICHARD BESHWATE, SBN  179782
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

BRIAN FORNES,

      Defendant.

**Case No.1:25-CR-00132-JLT-BAM**

STIPULATION AND ORDER TO
CONTINUE CHANGE OF PLEA HEARING
ORDER

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD BESHWATE, JR., attorney for Defendant BRIAN FORNES, and Assistant U.S. Attorney ROBERT VENEMAN HUGHES for the Plaintiff, that the hearing currently scheduled for June 22, 2026, at 9:00 a.m. shall be continued until July 27, 2026, at 9:00 a.m., or the earliest date thereafter.

Defense counsel needs additional time to discuss the plea agreement and related sentencing issues. The parties further agree that additional time is necessary to permit defense counsel to review and discuss the plea agreement, anticipated sentencing issues, and the potential application of the United States

Sentencing Guidelines with the defendant. Counsel requires additional time to investigate and evaluate issues relating to the anticipated guideline calculation, including the applicability of certain enhancements referenced in the plea agreement, and to ensure that the defendant is fully advised regarding the consequences of entering a guilty plea. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties agree that good cause exists for the continuance. The parties further agree that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv). Accordingly, the requested continuance is excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The parties request that the Court exclude the period from June 22, 2026, through July 27, 2026, from computation under the Speedy Trial Act.

Dated: June 18, 2026

        Respectfully submitted,

                        \s\ Richard A. Beshwate
                        RICHARD BESHWATE
                        Attorney for Defendant,
                        BRIAN FORNES

Dated: June 18, 2026


     Respectfully submitted,


                              \s\Robert Veneman Hughes
                              Robert Veneman Hughes
                              Assistant U.S. Attorney




                              **ORDER**


     The  Sentencing  hearing  as  to  the  above-named  defendant currently  scheduled  for  June  22,  2026,  at  9:00  a.m.  shall  be continued until, July 27, 2026 at 9:00 a.m,




**IT IS SO ORDERED.**


Dated: June 18, 2026

                    _____
                    Hon. Jennifer L. Thurston
                    US District Court Judge