ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
ANTONIO J. PATACA
LUKE B. BATY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>BRIAN FORNES.<br><br>                    Defendant. | CASE NO.  1:25-CR-00132-JLT-SAB<br><br>STIPULATION TO EXCLUDE TIME |

**STIPULATION**

1.      By previous order, this matter was set for a continued change of plea hearing on July 27, 2026.

2.      By this stipulation, the parties now move to exclude time between June 22, 2026, and July 27 2026, under 18 U.S.C. §§ 3161(h)(1)(G) and (h)(7)(A).

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      On April 29, 2026, the parties filed a signed plea agreement.

        b)      The government has represented that the discovery associated with this case includes five volumes of initial and supplemental discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        c)      Counsel for defendant requires additional time to adequately prepare for the anticipated change-of-plea hearing and to conduct necessary investigation into matters of extenuation and mitigation relevant to sentencing.  This additional preparation is essential to ensure effective

Stipulation

1

assistance of counsel, including reviewing discovery with the defendant, advising him regarding the consequences of a guilty plea, and gathering information bearing on potential sentencing arguments. Counsel further indicates that without this continuance, he will not have sufficient time to complete these tasks with the diligence required for a fully informed and voluntary plea.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 22, 2026 to July 27  2026, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and (h)(7)(A) because it results from a continuance granted by the Court for consideration by the Court of a proposed plea agreement and is at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: June 18, 2026                    Respectfully submitted,

                                        ERIC GRANT
                                        United States Attorney

                        By      */s/ Robert L. Veneman-Hughes, Antonio J.*
                                *Pataca, and Luke B. Baty*
                                        ROBERT L. VENEMAN-HUGHES
                                        ANTONIO J. PATACA
                                        LUKE B. BATY
                                        Assistant United States Attorneys

Stipulation                             2

Dated: June 18, 2026                    By:    */s/ Richard Beshwate*
                                               RICHARD BESHWATE
                                               Attorney for Defendant
                                               Brian Fornes

ORDER

IT IS SO FOUND AND ORDERED THAT:

The time period of June 22, 2026 to July 27  2026, inclusive, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G) upon finding that the delay results from consideration by the Court of a proposed plea agreement filed on April 29, 2026, and upon a finding of good cause pursuant to 18 U.S.C.§ 3161(h)(7)(A) that counsel for defendant requires additional time to adequately prepare for the anticipated change-of-plea hearing and to conduct necessary investigation into matters of extenuation and mitigation relevant to sentencing.

IT IS SO ORDERED.

Dated:    **June 18, 2026**

_____
UNITED STATES DISTRICT JUDGE

Stipulation                                3